UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

S. BELLARA DIAMONDS, INC.,

    Plaintiff,

v.                                               Case No.  8:04-cv-120-T-30TBM

CONTINENTAL DIAMOND CUTTING
COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Compliance with Settlement (Dkt. #43). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. Any pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 20, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2004\04-cv-120.dismissal 43.wpd